[No. 11882-3-II. Division Two. January 19, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. ANTHONY BRIAN DRISKELL, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-1-00531-1, Leonard W. Kruse, J., entered

March 28, 1988. *Remanded with instructions* by unpublished per curiam opinion.